```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CATHERINE LAMBERT,

                Plaintiff,

        -against-                                                08-CV-1249 (GEL)

SMITHKLINE BEECHAM CORPORATION,                  DISCLOSURE STATEMENT
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
------------------------------------------------------------x
```

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: New York, New York
March 7, 2008

PEPPER HAMILTON LLP

By: _____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
The New York Times Building
620 Eighth Avenue
37th Floor
New York, NY 10018
(212) 808-2700

and

Nina M. Gussack
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline