UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CATHERINE LAMBERT,

             Plaintiff,

      -against-                              08-CV-1249 (GEL)

SMITHKLINE BEECHAM CORPORATION,       **AFFIDAVIT OF SERVICE**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

             Defendants.
------------------------------------------------------------x

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

        The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

        That, on the 7th day of March, 2008, she caused to be served the within RULE 7.1 STATEMENT by first class mail upon:

        Victoria Jennings Maniatis       David Eisbrouch
        Morelli Ratner, P.C.                Balkin & Eisbrouch, LLC
        950 Third Avenue                   50 Main Street
        New York, NY 10022              Hackensack, NJ 07061

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
Bridget Casey

Sworn to before me this
7th day of March, 2008

_____
Notary Public

SUZANNE DAMICO
Notary Public, State of New York
No. 02DA6176635
Qualified in New York County
Commission Expires Nov. 5, 2011