03/05/2008 15:32 FAX                                                   @004/005
      MAR-05-2008  10:26          PEPPER HAMILTON LLP                      P.04/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

CATHERINE LAMBERT,

             Plaintiff,

          -against-

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

             Defendants.

----------------------------------------------------x

08-CV-1249 (JSR) GEL

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly

named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the

time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is

hereby extended until 30 days after final transfer of the case to the MDL, absent any direction by

the Court to the contrary.

03/05/2008 15:32 FAX                                                          ☑005/005
        MAR-05-2008  10:26        PEPPER HAMILTON LLP                    P.05/05 ☐ᴬ☐

Dated: March 5, 2008

David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Attorneys for Plaintiff Catherine Lambert

Kenneth J. King (KK 3567)
Suzanne D'Amico (SD 3581)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.

United States District Judge

Dated: 3/14/08

TOTAL P.05